# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEM VIN YENOVKIAN, <br><br> Petitioner, <br><br> v. <br><br> UNKNOWN, <br><br> Respondent. | Case No.: 3:21-cv-0958-JLS-MDD <br><br> **ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis, which indicates he has a $4000 balance in his checking account. (ECF No. 2 at 2.) It appears Petitioner can afford the $5.00 filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, **no later than July 12, 2021** provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee.

Dated: May 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

3:21-cv-0958-JLS-MDD